UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLARENCE D. JOHNSON, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>QUEEN ELIZABETH, UNITED NATIONS,<br>ANGELA BYERS, PRESIDENT BIDEN,<br>PRESIDENT TRUMP, PRESIDENT OBAMA,<br>and VICE PRESIDENT KAMALA HARRIS,<br><br>        Defendants. | Case No. 21-cv-352-JPG |

## **JUDGMENT**

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  April 2, 2021**

                                             **MARGARET M. ROBERTIE, Clerk of Court**
                                             **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**